UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER JORDAN NARCISSE | CIVIL ACTION |
| VERSUS | NO. 20-2204 |
| ERIC RONQUILLE, *et al.* | SECTION M (1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the magistrate judge's partial report and recommendation ("R&R"), and the failure of any party to file an objection to the R&R, hereby approves the R&R and adopts it as its opinion in this matter. Accordingly,

IT IS ORDERED that the motion to dismiss filed by defendant Matthew Whitworth (R. Doc. 11) is GRANTED, and plaintiff's claims against Whitworth are DISMISSED WITH PREJUDICE

New Orleans, Louisiana, this 1st day of February, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE