UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER JORDAN NARCISSE | CIVIL ACTION |
| VERSUS | NO. 20-2204 |
| ERIC RONQUILLE, ET AL | SECTION "M"(1) |

### ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

**NOW INTO COURT**, through undersigned counsel, come Defendants, Eric Ronquille, Landon Punch and Julio Alvarado, who, in response to the Complaint filed herein by the Plaintiff, respectfully submit the following:

### FIRST DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

### SECOND DEFENSE

All of the acts and actions taken by the Defendants therein were reasonable under the circumstances and do not support a claim under a theory of vicarious liability or *respondeat superior*.

**THIRD DEFENSE**

That the Plaintiff, Christopher Jordan Narcisse, by virtue of his own actions and conduct, was guilty of negligence and/or contributory negligence and/or assumption of the risk, all of which will be more fully shown at the trial of this matter.

**FOURTH DEFENSE**

The Court is without jurisdiction in this matter inasmuch as the amount in controversy, exclusive of interest and costs, does not exceed the sum and value of $75,000.00.

**FIFTH DEFENSE**

The Court is without jurisdiction as to all claims asserted by the Plaintiff in this matter inasmuch as the Complaint fails to state a proper claim for relief under the Constitution of the United States or any United States statute.

**SIXTH DEFENSE**

All of the acts and actions taken by the Defendants herein were reasonable under the circumstances and were taken pursuant to valid and constitutional policies and in no way provide any basis for any claim under *Monell*.

**SEVENTH DEFENSE**

Defendants further submit that the claims of the Plaintiff are frivolous, groundless and unreasonable and, as such, the Defendants are entitled to an award against the Plaintiff for all attorney's fees and costs expended in this matter pursuant to 42 USC 1983.

**EIGHTH DEFENSE**

Defendants affirmatively plead qualified immunity and any other applicable immunities and/or limitations of liability as provided for in the Constitution and laws of the United States

and the Constitution and laws of the State of Louisiana, including but not limited to the discretionary immunity provided in La. R.S. 9:2798.1.

## NINTH DEFENSE

Any and all damages and/or injuries sustained or incurred by the Plaintiff were the fault of individuals and/or entities over whom the Defendants have no control.

## TENTH DEFENSE

That any actions taken by the Defendants were taken in good faith, with probable cause, without malice and under laws believed to be constitutional, thereby entitling the Defendants to the defense of qualified immunity.

## ELEVENTH DEFENSE

That the sole and proximate cause of any injuries and/or damages sustained by the Plaintiff during the incident complained of herein were the actions and/or inactions of the Plaintiff himself, which actions and/or inactions are affirmatively pled in bar of/reduction of any recovery herein.

## TWELFTH DEFENSE

And now, Defendants respond to the allegations of the Plaintiff's Complaint, paragraph by paragraph, as follows:

I.

The allegations contained in paragraph 1 require no answer; however, in an abundance of caution, those allegations are denied.

II.

The allegations contained in paragraph 2 are denied for lack of sufficient information upon which to justify a belief therein.

III.

The allegations contained in paragraph 3, as they pertain to the status of Defendants, Eric Ronquille, Landon Punch and Julio Alvarado, are admitted; all other allegations are denied for lack of sufficient information upon which to justify a belief therein.

IV.

The allegations contained in paragraph 4 are denied.

V.

The allegations contained in paragraph 5 require no answer; however, in an abundance of caution, those allegations are denied.

VI.

The allegations contained in paragraph 6 are denied for lack of sufficient information upon which to justify a belief therein.

VII.

Further answering, and by way of affirmative defense, Defendants aver that the sole and proximate cause of any and all damages and/or injuries sustained by Plaintiff during the incident herein were the acts and/or omissions of the Plaintiff himself, which actions and/or inactions are pled in bar of/reduction of any recovery by the Plaintiff herein.

VIII.

Further answering, Defendants affirmatively plead that any and all actions taken by any of the Defendants during the incident complained of herein were taken in good faith, with probable cause, and without malice, entitling those deputies to qualified immunity.

IX.

Defendants respectfully request trial by jury on all issues herein.

**WHEREFORE,** Defendants, Eric Ronquille, Landon Punch and Julio Alvarado, pray that this Answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in favor of Defendants, Eric Ronquille, Landon Punch and Julio Alvarado, and against the Plaintiff, Christopher Jordan Narcisse, dismissing the Plaintiff's Complaint, with prejudice, and at Plaintiff's costs.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
E-mail: danny@martinylaw.com
jeff@martinylaw.com

*/s/ Daniel R. Martiny*
**DANIEL R. MARTINY (9012)**
**JEFFREY D. MARTINY (35012)**
Attorneys for Defendants, Eric Ronquille, Landon Punch and Julio Alvarado

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein. I also certify that I have this day forwarded a copy of same to Christopher Narcisse, #15629, Jefferson Parish Correctional Center, Post Office Box 388, Gretna, Louisiana, 70054.

*/s/ Daniel R. Martiny*
DANIEL R. MARTINY (9012)