# PSO CRIME REPORT
**ADM SEC ORI LA0260000**

| Signal | Rep Area | Item # | Report Type | Date | Time |
|---|---|---|---|---|---|
| 108 | 2602 | D-00681-20 | INITIAL | 02-APR-2020 | 0126 |

| Day of Wk. | Begin Date | Begin Time | End Date | End Time | Location of Offense |
|---|---|---|---|---|---|
| THU | 02-APR-2020 | 0123 | 02-APR-2020 | 0126 | 1168 CLYDESBANK DR C HARVEY 70058 |

**Reporting Officer**: ERIC RONQUILLE
PR: 118155   JP: 246
Arrived: 020123
Completed: 020450

**Responding Detective**:
PR:   JP:
Notified:
Arrived:

**Supervisor**: SGT TRAVIS ESERMAN
PR: 116025   JP: 2C30
Notified: 020126
Arrived: 020126

D-00681-2 UCR

## REPORTING PERSON
Name: ERIC RONQUILLE
DOB:   Age:   Race:   Sex:
Employer/School: JPSO 2ND DISTRICT
Address: 1551 CENTRAL PARK BV
Address: 1551 CENTRAL PARK BV
City/St/Zip: HARVEY, LA 70058
City/St/Zip: HARVEY, LA 70058
Phone: (504) 598-5801
Phone: (504) 598-5801
Identify Suspect? N   Voluntary Statement? N

## VICTIM
Victim Sequence Number: 1   Type: LAW ENFORCEMENT OFFICER   For Insurance Purposes?
Name: ERIC RONQUILLE   Race: WHITE   Sex: MALE
DOB:   Age:   Resident?   Ethnicity: NON-HISPANIC
Height:   Weight:   Driver's License:   State of issue:
SSN:   Employer/School: JPSO 2ND DISTRICT
Address: 1551 CENTRAL PARK BV   Address: 1551 CENTRAL PARK BV
City/St/Zip: HARVEY, LA 70058   City/St/Zip: HARVEY, LA 70058
Phone: (504) 598-5801   Phone: (504) 598-5801
Aggr. Aslt/Homi. Circ 1:
Aggr. Aslt/Homi. Circ 2:
Add'l Just. Homi./LEOKA:   Weapon Implication:
Under Influence?   Gun Permit?   ID Suspect?   Voluntary Statement?   Domestic Violence?
Gang Related:
Victim Injury Codes: APPARENT MINOR INJURY
Previous Injuries:
Injuries Associated with Incident: ABRASION TO RIGHT THUMB, RIGHT WRIST, AND BOTH ELBOWS
Ambulance: 020138   Ambulance Nbr: WJ16   Hospital:   Physician:
Coroner:   Pro. Dead:   Refused Treatment at Scene?   Refused Treatment at Hospital?

### Relationship to Suspect

| Suspect Nbr | Relationship | Length | Unit of Length |
|---|---|---|---|
| 1 | RELATIONSHIP UNKNOWN | 1 | DAYS |

Victim Sequence Number: 2   Type: SOCIETY   For Insurance Purposes?
Name: JPSO 2ND DISTRICT

**EXHIBIT 1**

Address: 1551 CENTRAL PARK BV
City/St/Zip: HARVEY, LA 70058
Phone: (504) 598-5801

HARVEY, LA 70058q

**Relationship to Suspect**

| Suspect Nbr | Relationship | Length | Unit of Length |
|---|---|---|---|

D-00681-2

## FFENSE

**Offense Sequence Number:** 1  **Victim:** 1  **Suspect:** 1
R.S. Number: RS14:108.2A(3)  Title: **RESIST INJURE ATT INJURE POL**
Attempted/Completed: **COMPLETED**  Location Type: **PARKING LOT / GARAGE**  Number of Premises: 1
Criminal Activity 1: **OTHER**  Weapon/Force Type 1: **NONE**

**Offense Sequence Number:** 2  **Victim:** 2  **Suspect:** 1
R.S. Number: RS14:108  Title: **RESISTING AN OFFICER**
Attempted/Completed: **COMPLETED**  Location Type: **PARKING LOT / GARAGE**  Number of Premises: 1
Criminal Activity 1: **OTHER**  Weapon/Force Type 1: **NONE**

**Offense Sequence Number:** 3  **Victim:** 2  **Suspect:** 1
R.S. Number: RS14:108  Title: **RESISTING AN OFFICER**
Attempted/Completed: **COMPLETED**  Location Type: **PARKING LOT / GARAGE**  Number of Premises: 1
Criminal Activity 1: **OTHER**  Weapon/Force Type 1: **NONE**

**Offense Sequence Number:** 4  **Victim:** 2  **Suspect:** 1
R.S. Number: RS14:95  Title: **ILLEGAL CARRYG WEAPONS**
Attempted/Completed: **COMPLETED**  Location Type: **PARKING LOT / GARAGE**  Number of Premises: 1
Criminal Activity 1: **OTHER**  Weapon/Force Type 1: **NONE**

## USPECT

**Suspect Sequence Number:** 1
Name: **CHRISTOPHER NARCISSE**  Race: **BLACK**  Sex: **MALE**
DOB: **07-DEC-1978**  Age From: **41**  To:  Ethnicity: **NON-HISPANIC**  Resident? **YES**
Height From: **509**  To:  Weight From: **135**  To:  Eye Color: **BROWN**
Hair Color: **BLACK**  Hair Length: **BRAIDED**
Address: **1168 CLYDESBANK DR C**  City/St/Zip: **HARVEY, LA 70058**
Alcohol Consumed?  Computer Used?  Drugs Used?  Gaming Motive?  Gang Related:
Armed: **Other**  Hate/Bias: **NONE**
Can be Identified by Witness: **RP/ V1**
Identifiable Features: **BLACK NIKE SHIRT, BLUE JEANS**
Location: **ON SCENE**
Arrest Type: **ON-VIEW**  Voluntary Statement?  Local Check? **YES**  State Check? **YES**  NCIC Check? **YES**
Suspect Injury Codes: **Severe Laceration**
Previous Injuries: **PREVIOUS RIGHT EYE SURGERY FROM BEING STABBED WITH A KNIFE.**
Injuries Associated with Incident: **LACERATION DUE TO PREVIOUS STICHES COMING OUT.**
Ambulance: **020138**  Ambulance Nbr: **WJ16**  Hospital: **UMC**  Physician **STEPHEN WERNE**
Coroner:  Pro. Dead:  Refused Treatment at Scene?  Refused Treatment at Hospital?

## DDITIONAL WITNESS

**Witness Sequence Number:** 1
Name: **JULIO ALVARADO**  DOB/PR: **115655**
Address: **1551 CENTRAL PARK BV**  Under the Influence?  Can Witness ID Suspect? **YES**
City/St/Zip: **HARVEY, LA 70058**  Voluntary Statement?  Present During Incident?
Phone: **(504) 598-5801**

**Witness Sequence Number:** 2
Name: **LANDON PUNCH**  DOB/PR: **117958**
Address: **1551 CENTRAL PARK BV**  Under the Influence?  Can Witness ID Suspect? **YES**
City/St/Zip: **HARVEY, LA 70058**  Voluntary Statement?  Present During Incident?
Phone: **(504) 598-5801**

**Witness Sequence Number:** 3
Name: **PATRICK BLANCHARD**  DOB/PR: **117713**
Address: **1551 CENTRAL PARK BV**  Under the Influence?  Can Witness ID Suspect? **YES**
City/St/Zip: **HARVEY, LA 70058**  Voluntary Statement?  Present During Incident?
Phone: **(504) 598-5801**

**Witness Sequence Number:** 4
Name: **SHANE BERNARD**  DOB/PR: **118579**
Address: **1551 CENTRAL PARK BV**  Under the Influence?  Can Witness ID Suspect?
City/St/Zip: **HARVEY, LA 70058**  Voluntary Statement?  Present During Incident?
Phone: **(504) 598-5801**

## ROPERTY

**Evidence Owner or Evidence rcvd from:** **SUSPECT 1**  Desc. Code: **80** - **WEAPONS - OTHER**
Loss Type: **6** - **SEIZED**  Quantity: **1**  Value: **$1**  Insured:
Owner-applied Number:  Make:
Model:  Serial Number:
Description: **BLACK PUSH BUTTON KNIFE**  Date Recovered: **02-APR-2020**
Recovery Address: **1168 CLYDESBANK DR**  City/St/Zip: **HARVEY, LA 70058**
Recovery Condition: **GOOD**
Recovery Disposition: **LOGGED IN 2ND DISTRICT EVIDENCE LOCKER BOOK #1 PAGE #150**

## EHICLE
None

## RIME SCENE
Technician Name: **DEP SHANE BERNARD**  PR: **118579**  Arrival: **020123**
Hair  Blood  Prints  Clothing  Fibers  Photos **YES**  Projectile  Firearms  Soil  Casts  Tool Marks  Other

## VESTIGATION

Type of Force Used:  Security Device Installed?
Point of Entry:  Security Device Activated?
Safe Job?  Gambling Devices on Premises?  Alcoholic Beverage Outlet?
Prior History of Domestic Violence?  Prior History Documented?  Number of Prior Cases:
Modus Operandi (MO): **SUSPECT RESISTED POLICE AND CONCEALED A PUSH BUTTON KNIFE IN HIS RIGHT POCKET.**

NSURANCE

None

PPROVAL

| | Sergeant Viewed | Lieutenant Viewed | Dist. Cmdr. Viewed |
|---|---|---|---|
| User ID: | JPSO_116025 | | |
| Date/Time: | 08-APR-2020 00:57 | | |

**FINAL APPROVAL**   User ID: **JPSO_116025**   Date/Time: **08-APR-2020 00:57**

| Crime Prevention Officer Required? | Issued Complaint Slip? | 911 Notified? | Warrant? |
|---|---|---|---|
| Parade Related? | Crime Scene Required? | Report Status: | **COMPLETED** |
| Exceptional Clearance: | | Date: | |
| District Follow Up? | | | |
| Bureau Follow Up? | | | |

D-006681-2

## NARRATIVE

Time Stamp: 04/02/2020 04:47      Written By: ERIC RONQUILLE

On Thursday, April 2, 2020, I, Deputy Eric Ronquille, along with Deputies Landon Punch, Julio Alvarado, and Patrick Blanchard, responded to the Scottsdale Subdivision, located at 1168 Clydesbank Drive Harvey, Louisiana, in which was known as a high crime and high drug trafficking area in Jefferson Parish. I responded to 1168 Clydesbank Drive in reference to an anonymous complainant saying that a black male, later identified as the Christopher Narcisse, had a knife and was acting ¿crazy¿.

Upon arrival I approached Mr. Narcisse who was standing outside of 1168 Clydesbank Drive with an unknown metal object in his right hand. The object was identified as a sharp metal tire repair tool. I gave Mr. Narcisse several verbal commands to show me his hands, in which he refused. Mr. Narcisse began to walk away from me and Deputies Alvarado, Punch, and Blanchard, at which time I approached Mr. Narcisse and attempted to escort him to the wall so that I could safely place him in hand restraints.

When I grabbed Mr. Narcisse, he began to resist arrest by pushing his body against me, moving his body to avoid getting placed in handcuffs, and cause both me and him to fall to the ground. When I fell to the ground, I sustained abrasions to my right thumb, right wrist, and both elbows. Mr. Narcisse sustained a laceration to the right eye and abrasions to his hands. Mr. Narcisse advised that the laceration on his right eye was caused from a previous incident and was treated with stitches. Mr. Narcisse believed that the stitches ripped and caused the laceration to open again.

While Mr. Narcisse was on the ground, he continued to resist arrest by placing his hands under his body to avoid Deputies Punch and Blanchard from grabbing his hands so that I could place him in hand restraints. In effort to get Mr. Narcisse to comply and give him his hands, Deputy Punch began to knee strike Mr. Narcisse's arm. Once Deputy Punch was able to get Mr. Narcisse to get his hands from under his body. Deputies Punch, Blanchard, and I was able to get Mr. Narcisse's hands behind his back; however, he would move his hands in effort for deputies to not restrain him. A short time later Deputies Punch, Blanchard, and I were able to gain control of Mr. Narcisse and secure him in hand restraints that were double locked and checked for proper fit.

A search incidental to arrest, Deputy Punch located a black push button knife that was concealed inside of Mr. Narcisse's right pants pocket and covered by his shirt. I read Mr. Narcisse his rights per Miranda, in which he stated that he understood.

Once Mr. Narcisse was secured in hand restraints, Deputy Alvarado immediately notified Jefferson Parish Sheriff's Office (JPSO) dispatch to send EMS for Mr. Narcisse's injuries along with my injuries. West Jefferson EMS Unit # WJ16, manned by Jamie Felarise, arrived on scene to render aid to both me and Mr. Narcisse. Deputy Punch and I transported Mr. Narcisse to University Medical Center (UMC) for treatment. Mr. Narcisse was treated by Doctor Stephen Werner for his injuries.

A search of Mr. Narcisse's name in the JPSO Database revealed that Mr. Narcisse had a hold without bond attachment out of JPSO for R.S.40:967 and two attachments out of Gretna.

Using my JPSO department issued camera, Deputy Shane Bernard obtained photographs of the scene, the push button knife, tire repair tool, and Deputies Punch and Blanchard. Deputy Bernard also obtained photographs of me and Mr. Narcisse. All photographs taken on scene were uploaded into the VeriPic System.

I advised Mr. Narcisse that he was being arrested for R.S.14:108.2- Resisting an Officer with Injury, R.S.14:108- Resisting an Officer (2X), R.S.14:95- Illegal carrying of a push button knife, a JPSO attachment, and two Gretna attachments, in which he stated that he understood. Ultimately, Mr. Narcisse was transported from University Medical Center to the Jefferson Parish Correctional Center to be booked accordingly.

D-00681-2

I collected the black push button knife as evidence. The push button knife was logged into the JPSO 2nd District evidence locker in book #1 Page #150.

Nothing further to report.

D-00681-2