UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER JORDAN NARCISSE**                    **CIVIL ACTION**

**VERSUS**                                                              **NO. 20-2204**

**ERIC RONQUILLE, ET AL.**                                **SECTION M (1)**

### O R D E R

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the defendants' motion for summary judgment is **GRANTED,** and that plaintiff's remaining claims are **DISMISSED** with prejudice until such time as the *Heck* conditions are met.

**IT IS FURTHER ORDERED** that plaintiff's motion for a temporary restraining order is **DENIED**.

New Orleans, Louisiana, this 8th day of October, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 50.